IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID MEYERS, | : | 1:13-cv-1630 |
| Petitioner, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | Hon. Martin C. Carlson |
| DONNA TICKEFOOSE, U.S.P. ALLENWOOD, et al., | : | |
| Respondents. | : | |

# ORDER

**August 29, 2013**

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Carlson (Doc. 5) is **ADOPTED** in its entirety.

2. Petitioner David Meyers' petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** the file on this case.

                                              s/ John E. Jones III
                                              John E. Jones III
                                              United States District Judge